## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES<br><br>v.<br><br>AUSTIN COCCHIARO | No. |

### INFORMATION

The Acting United States Attorney charges:

### COUNT ONE
### (Enticement of a Minor)

Between about August 1, 2022, and about November 10, 2022, in the District of Maine and elsewhere, defendant

### AUSTIN COCCHIARO

used a facility and means of interstate and foreign commerce to knowingly persuade, induce, entice, and coerce, and to attempt to persuade, induce, entice, and coerce, any individual who had not attained the age of 18 years to engage in sexual activity for which any person can be charged with a criminal offense, namely, the production of child pornography as defined in Title 18, United States Code, Section 2256(8).

All in violation of Title 18, United States Code, Sections 2422(b) and 2427.

### COUNT TWO
### (Enticement of a Minor)

Between about January 1, 2024, and about April 19, 2024, in the District of Maine and elsewhere, defendant

### AUSTIN COCCHIARO

used a facility and means of interstate and foreign commerce to knowingly persuade,

induce, entice, and coerce, and to attempt to persuade, induce, entice, and coerce, any individual who had not attained the age of 18 years to engage in sexual activity for which any person can be charged with a criminal offense, namely, the production of child pornography as defined in Title 18, United States Code, Section 2256(8).

All in violation of Title 18, United States Code, Sections 2422(b) and 2427.

## COUNT THREE
### (Possession of Child Pornography)

On about November 14, 2024, in the District of Maine, the defendant

**AUSTIN COCCHIARO**

knowingly possessed child pornography as defined in Title 18, United States Code, Section 2256(8)(A), that had been shipped and transported in interstate and foreign commerce by any means, including by computer, and was produced using materials that had moved in interstate and foreign commerce. Specifically, the defendant possessed images of child pornography that had been transmitted by computer using the internet and images that had been produced using materials that had previously been in interstate and foreign commerce. These images were possessed by the defendant in cellular phones that were manufactured outside the State of Maine.

All in violation of Title 18, United States Code, Sections 2252A(a)(5)(B), 2256(8)(A) and 2252A(b)(2).

## PRIOR CONVICTION ALLEGATION

The defendant Austin Cocchiaro has a prior final conviction relating to the possession, receipt, mailing, sale, distribution, shipment, or transportation of child pornography. On about January 5, 2023, he was convicted of Dissemination of Sexually Explicit Material in violation of 17-A M.R.S. § 283(1)(A) and Possession of Sexually

Explicit Material in violation of 17-A M.R.S. § 284(a)(A) in Penobscot Unified Criminal Docket, State of Maine, Case Number PENCD-CR-2022-00084, and was sentenced to a period of incarceration. This prior conviction affects the penalty provision for Count Three, pursuant to Title 18, United States Code, Section 2252A(b)(2).

## FORFEITURE NOTICES

1. Upon conviction of an offense alleged in Count One or Two of this Information, the defendant shall forfeit to the United States pursuant to Title 18, United States Code, Section 2428, any property, real or personal, used or intended to be used to commit or to promote the commission of an offense alleged in Count One or Two of this Information, including but not limited to: one iPhone 7 and one iPhone 14.

2. Upon conviction of the offense alleged in Count Three of this Information, the defendant shall forfeit to the United States pursuant to Title 18, United States Code, Section 2253, any property, real or personal, used or intended to be used to commit or to promote the commission of the offense alleged in Count Three of this Information, including but not limited to: one iPhone 7 and one iPhone 14.

Date: August 29, 2025

CRAIG M. WOLFF
Acting United States Attorney

**/s/ Chris Ruge**
Chris Ruge
Assistant United States Attorney