OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

**Eric M. Storms, Acting Clerk**

| | | |
|---|---|---|
| Edward T. Gignoux U.S. Courthouse<br>156 Federal Street<br>Portland, Maine 04101<br>(207) 780-3356 |  | Margaret Chase Smith Federal<br>Building and U.S. Courthouse<br>202 Harlow Street<br>Bangor, Maine 04401<br>(207) 945-0575 |

September 2, 2025

James S. Nixon, FD

RE:   USA v. AUSTIN COCCHIARO
      Criminal No. 1:25-cr-00129-SDN

Dear Attorney Nixon:

This matter has been scheduled for a waiver of indictment and arraignment before the Honorable, Stacey D. Neumann.  The proceeding will take place in Courtroom No. 2 at the U.S. District Court, located at 202 Harlow Street, Bangor, Maine  at 11:00 a.m. on September 30, 2025.

You must contact the U. S. Probation Office in Bangor at (207) 945-0369 immediately to schedule an interview for your client prior to your appearance in court.  The information requested will determine your client's eligibility for release on bail pending further proceedings.

The defendant will be required to identify every prescription medication (s)he is taking and to specify the dosage and frequency, purpose and effects of the medication.  (The same requirement applies to medications prescribed but NOT taken, with an additional requirement that the defendant explain why it was not taken and the consequences of the failure to take it.) Failure to do so satisfactorily may result in the judge's refusal to accept the plea.  Counsel may find it convenient to use a written list for this purpose.

The court is aware that you are acting as court appointed  counsel.

Sincerely,

ERIC M. STORMS, ACTING CLERK


By /s/ Meghan York
   Deputy Clerk

cc:   Chris Ruge, AUSA
      U.S. Marshal Service
      U.S. Probation Office