UNITED STATES OF AMERICA
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 1:25-cr-00129-SDN |
| ) | |
| AUSTIN COCCHIARO, ) | |
| ) | |
| Defendant ) | |

**CONDITIONAL ORDER OF DETENTION**

Defendant appeared before this Court on September 30, 2025, for an initial appearance, waiver of indictment and arraignment on federal charges. At the time of his initial appearance, Defendant was in state custody. Upon inquiry, Defendant agreed to be detained upon his release from state custody. Accordingly, the Court orders that Defendant shall be detained pending further court proceedings, when he is released from custody by the State of Maine, subject to her ability to reopen the hearing on the issue of detention as discussed during the initial appearance.

Defendant, therefore, is conditionally committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purposes of an appearance in connection with a court proceeding.

Dated: September 30, 2025         /s/ Nancy Torresen
                                  U.S. District Judge